IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GUSTAVO GUTIERREZ and AIRCRAFT HOLDING SOLUTIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CESSNA SERVICEDIRECT, LLC, <br><br> Defendant. | § § § § § § § § § § § § |

CASE NO. SA:16-CV-00613-RCL

## JUDGMENT

Judgment shall be entered in favor of defendant, Cessna Service Direct, LLC, based on a jury verdict. Plaintiffs shall take nothing.

IT IS SO ORDERED the 12th day of January, 2018.

Royce C. Lamberth
United States District Judge